UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **DWIGHT CRUMP,** § § § | |
| **Plaintiff** § § | |
| **v.** § § | **CIVIL ACTION NO. 1:14-cv-440-LY** |
| **GILA LLC d/b/a MUNICIPAL SERVICES BUREAU,** § § § § | |
| **Defendant** § | |

## NOTICE OF SETTLEMENT

**TO THE CLERK OF SAID COURT:**

**NOTICE IS HEREBY GIVEN** that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within sixty (60) days.

DATED this 27th day of October 2014.

Respectfully submitted,

By: __/s/ A. Lee Rigby__
     A. Lee Rigby
     State Bar No. 24029796

**SMITH, ROBERTSON, ELLIOTT & DOUGLAS, L.L.P.**
221 West Sixth Street, Suite 1100
Austin, Texas 78701
Telephone: (512) 225-5800
Telecopier: (512) 225-5838
Email: lrigby@smith-robertson.com

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 27, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Amy Kleinpeter, Esq.
Hill Country Consumer Law
11940 Jollyville Road, Suite 220-S
Austin, Texas 78759
Amyck1@gmail.com

Ms. Amanda Allen, Esq.
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
AAllen@ForThePeople.com


                                                                                   __*/s/ A. Lee Rigby*_____