UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

DWIGHT CRUMP,

    Plaintiff,

-vs-                                      CASE NO.:  1:14-CV-00440-LY

GILA LLC, d/b/a MUNICIPLE
SERVICES BUREAU,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

    Plaintiff, DWIGHT CRUMP, and Defendant, GILA LLC, d/b/a MUNICIPLE SERVICES BUREAU, by and through their respective undersigned counsel, hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., to the dismissal of this case, with prejudice, each party to bear his or its own costs and attorneys' fees, and request entry of an appropriate Order disposing of this case.

    Respectfully submitted this __18th__ day of __December__ 2014.

*/s/ Amanda J. Allen*  
Amanda J. Allen, Esquire  
Morgan & Morgan, P.A.  
One Tampa City Center  
201 N. Franklin Street, 7th Floor  
Tampa, FL  33602  
Tele:  (813) 223-5505  
AAllen@ForThePeople.com  
Florida Bar #:  0098228  
Attorney for Plaintiff  

And  

Amy Kleinpeter, Esquire  
Texas Bar #: 24043761  

*/s/ A. Lee Rigby*  
A. Lee Rigby, Esquire  
State Bar No. 24029796  
SMITH, ROBERTSON, ELLIOTT &  
DOUGLAS, L.L.P.  
221 West Sixth Street, Suite 1100  
Austin, Texas 78701  
Telephone:  (512) 225-5800  
Telecopier:  (512) 225-5838  
lrigby@smith-robertson.com  
ATTORNEY FOR DEFENDANT

Hill Country Consumer Law
11940 Jollyville Road, Suite 220-S
Austin, Texas 78759
Tele: (512) 850-5290
Amyck1@gmail.com
Local Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I, Amanda Allen, hereby certify that on December 18th, 2014, I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to:

A. Lee Rigby, Esquire
State Bar No. 24029796
SMITH, ROBERTSON, ELLIOTT&
DOUGLAS, L.L.P.
221 West Sixth Street, Suite 1100
Austin, Texas 78701
Telephone: (512) 225-5800
Telecopier: (512) 225-5838
Email: lrigby@smith-robertson.com
Attorney for Defendant

                                                             /s/ Amanda J. Allen
                                                             Amanda J. Allen, Esquire
                                                             Florida Bar #: 0098228