IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DWIGHT CRUMP, | § | |
|       PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL NO. A-14-CV-440-LY |
| | § | |
| GILA LLC D/B/A MUNICIPAL | § | |
| SERVICES BUREAU, | § | |
|       DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court in the above styled and numbered cause is the parties' Joint Stipulation For Dismissal With Prejudice filed December 18, 2014 (Clerk's Document No. 22). The parties stipulate to the dismissal of this case with prejudice and that each party bear its own costs and attorney's fees. Having considered the stipulation and the case file,

**IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** and that each party bear its own costs and attorney's fees.

Further, as no disputes remain among the parties for resolution, the court renders this final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS FURTHER ORDERED** that this action is hereby **CLOSED**.

SIGNED this _____19th_____ day of December, 2014.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE